**Appellee's Motion is Dismissed as Moot; Appellant's Motion is Granted; Appeal Dismissed and Memorandum Opinion filed October 27, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00677-CV

---

## EQUINOR TEXAS ONSHORE PROPERTIES LLC; EQUINOR PIPELINES LLC; EQUINOR NATURAL GAS LLC; AND EQUINOR MARKETING & TRADING (US) INC., Appellants

### V.

### REPSOL OIL & GAS USA LLC, Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2022-05368**

---

## MEMORANDUM OPINION

This is an attempted interlocutory appeal from an order denying plaintiff and appellant Equinor Texas Onshore Properties LLC's application for temporary injunction signed August 31, 2022. *See* Tex. Civ. Prac. & Rem. Code Ann.

§ 171.098(a)(1) (allowing interlocutory appeal of order denying application to compel arbitration under Tex. Civ. Prac. & Rem. Code Ann. § 171.021). On October 5, 2022, appellants Equinor Texas Onshore Properties LLC; Equinor Pipelines LLC; Equinor Natural Gas LLC; and Equinor Marketing & Trading (US) Inc. filed an unopposed motion to dismiss the appeal.[1] *See* Tex. R. App. P. 42.1.

The motion is granted. We dismiss the appeal.

Appellee's motion to dismiss the appeal is dismissed as moot.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.

---

[1]Appellants Equinor Pipelines LLC; Equinor Natural Gas LLC; and Equinor Marketing & Trading (US) Inc. are not parties to the trial court's August 31, 2022 order.